UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>TAD FULTON,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cr-00180-LK<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 389, seeking to forfeit to the United States Defendant Tad Fulton's interest in $1,758.13 in cash drug proceeds seized from his person on or about October 25, 2022 (the "Subject Property").

The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On September 19, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) as property that

FINAL ORDER OF FORFEITURE - 1

facilitated or constitutes proceeds of Mr. Fulton's commission of Conspiracy to Distribute Controlled Substances. Dkt. No. 325 at 2.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 366, and provided direct notice to three potential claimants as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), *see* Dkt. No. 390 at 1–2.

- The time for filing third-party claims to the Subject Property has expired, and none were filed. Dkt. No. 389 at 3.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law; and

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 13th day of December, 2024.

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 2